1
2
3
4
5
6
7
8

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| OTTER PRODUCTS, LLC, a Colorado Limited Liability Company, | Case No.: CV12-4238 PA (MRWx) |
|---|---|
| Plaintiff, | **DISCOVERY MATTER** |
| v. | **[PROPOSED] ORDER GRANTING PLAINTIFF'S *EX PARTE* APPLICATION FOR LEAVE TO TAKE IMMEDIATE DISCOVERY PRIOR TO RULE 26(f) CONFERENCE** |
| CELLULAR CASTLE, a Business Entity of Unknown Status; THE OEM PLANET, a Business Entity of Unknown Status; INFINITE TRADING GOODS, INC., a New York Corporation; PANTELIS CHRYSAFIS, an Individual; and DOES 1-10, Inclusive, | |
| Defendants. | |

The Court has read and considered all papers filed in connection with Plaintiff OTTER PRODUCTS, LLC's ("Plaintiff") *Ex Parte* Application for Leave to Take Immediate Discovery Prior to Rule 26(f) Conference as to Defendant CELLULAR CASTLE ("Defendant") (hereinafter the "Application").

1    IT IS HEREBY ORDERED that the Application is granted.

2    IT IS FURTHER ORDERED that Plaintiff may serve immediate discovery on eBay, Inc. ("eBay") and PayPal, Inc. ("PayPal") (collectively hereinafter referred to as the "Third-Party Business Entities") by serving Rule 45 of the *Federal Rules of Civil Procedure* ("*Fed.R.Civ.P.*") subpoenas, which seek information sufficient to identify and locate Defendant, operating on eBay and PayPal as seller ID "cellular_castle," including names, addresses, telephone numbers, the identity of Defendant's financial institution(s), and alternative e-mail address(es) for Defendant.

If the Third-Party Business Entities wish to file a motion to quash the subpoenas or to serve objections, they must do so before the return date of the subpoenas, which shall be no less than twenty-one (21) days from the date of service of the subpoenas. Among other things, the Third-Party Business Entities may use this time to notify the subscriber in question. The Third-Party Business Entities shall preserve any subpoenaed information or materials pending compliance with the subpoenas or resolution of any timely objection or motion to quash.

IT IS FURTHER ORDERED THAT Plaintiff must serve a copy of this order on the Third-Party Business Entities when it serves the subpoenas.

IT IS FURTHER ORDERED THAT any information disclosed to Plaintiff in response to the *Fed.R.Civ.P.* Rule 45 subpoena may be used by Plaintiff solely for the purpose of this litigation.

IT IS SO ORDERED this __2nd__ day of ____August____, 2012.

_____/s/ Judge Wilner_____
HON. MICHAEL R. WILNER
United States Magistrate Judge for the
Central District of California