UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 12-4238 PA (MRWx) | Date | May 13, 2013 |
|---|---|---|---|
| Title | Otter Products, LLC v. Cellular Castle, et al. | | |

| Present: The Honorable | PERCY ANDERSON, UNITED STATES DISTRICT JUDGE |
|---|---|

| Paul Songco | Not Reported | N/A |
|---|---|---|
| Deputy Clerk | Court Reporter | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| None | None |

**Proceedings:**     IN CHAMBERS - COURT ORDER

The parties have failed to submit the required pretrial documents in preparation for the Pretrial Conference scheduled for May 17, 2013. Pursuant to Local Rule 16 and this Court's Scheduling Order, the parties were required to file pretrial documents with the Court no later than fourteen calendar days before the Pretrial Conference. The Scheduling Order specifically warned the parties that "the failure . . . to submit the required pretrial documents may result in the dismissal of the action, striking the answer and entering a default, and/or the imposition of sanctions." The parties have violated the Local Rules and this Court's Scheduling Order by failing to file all of the required pretrial documents.

Accordingly, the Court orders counsel to show cause in writing why they should not be sanctioned for failing to timely file the required pretrial documents. The parties' responses to this order to show cause shall be filed no later than May 16, 2013. Failure to timely or adequately respond to this order to show cause may result in the imposition of sanctions. These sanctions may include a monetary sanction of up to $1,000.00, the dismissal of plaintiff's claims for failure to prosecute, or the striking of defendants' Answer and the entry of their defaults.

In addition to the filing of a response to the Court's order to show cause, the Court orders the parties to file the required pretrial documents by no later than May 16, 2013. The failure to file the required pretrial documents by that date in the format required by the Scheduling Order may result in the dismissal of this action for lack of prosecution without further warning.

IT IS SO ORDERED.