```
 1  JOHNSON & PHAM, LLP
    Christopher D. Johnson, SBN: 222698
 2       E-mail: cjohnson@johnsonpham.com
 3  Christopher Q. Pham, SBN: 206697
         E-mail: cpham@johnsonpham.com
 4  Marcus F. Chaney, SBN: 245227
 5       E-mail: mchaney@johnsonpham.com
    Ani S. Garibyan, SBN: 274846
 6       E-mail: agaribyan@johnsonpham.com
 7  6355 Topanga Canyon Boulevard, Suite 326
    Woodland Hills, California 91367
 8  Telephone:  (818) 888-7540
 9  Facsimile:   (818) 888-7544

10
    Attorneys for Plaintiff
11  OTTER PRODUCTS, LLC
```

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| OTTER PRODUCTS, LLC, a Colorado Limited Liability Company,<br><br>            Plaintiff,<br><br>      v.<br><br>CELLULAR CASTLE, a Business Entity of Unknown Status; THE OEM PLANET, a Business Entity of Unknown Status; INFINITE TRADING GOODS, INC., a New York Corporation; PANTELIS CHRYSAFIS, an Individual; and DOES 1-10, Inclusive,<br><br>            Defendants. | Case No.: CV12-4238 PA (MRWx)<br><br>**NOTICE OF SETTLEMENT AS TO DEFENDANT PANTELIS CHRYSAFIS, AN INDIVIDUAL** |

///

Plaintiff OTTER PRODUCTS, LLC ("Plaintiff") and Defendant PANTELIS CHRYSAFIS ("Defendant"), through their respective counsel, do hereby give notice to the Court that a settlement of this action, as to Defendant PANTELIS CHRYSAFIS only, has been reached between the parties. In order to finalize the terms of settlement, the parties respectfully request that the Court allow ninety (90) days to fulfill the requisite settlement terms.

DATED: May 13, 2013

JOHNSON & PHAM, LLP

_____
Ani S. Garibyan, Esq.
Attorneys for Plaintiff
OTTER PRODUCTS, LLC

# PROOF OF SERVICE

I am a resident of the State of California, over the age of eighteen years, and not a party to the within action. My business address is Johnson & Pham, LLP 6355 Topanga Canyon Blvd., Suite 326, Woodland Hills, CA 91367. On May 14, 2013, I served the within document(s):

**NOTICE OF SETTLEMENT AS TO DEFENDANT PANTELIS CHRYSAFIS, AN INDIVIDUAL**

☐ FACSIMILE - by transmitting via facsimile the document(s) listed above to the fax number(s) set forth on the attached Telecommunications Cover Page(s) on this date before 5:00 p.m.

☒ MAIL - by placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, in the United States mail at Los Angeles, California addressed as set forth below.

☐ PERSONAL SERVICE - by personally delivering the document(s) listed above to the person(s) at the address(es) set forth below.

☐ OVERNIGHT COURIER - by placing the document(s) listed above in a sealed envelope with shipping prepaid, and depositing in a collection box for next day delivery to the person(s) at the address(es) set forth below via UNITED PARCEL SERVICE.

Andres F. Quintana, Esq.
John M. Houkom, Esq.
**Quintana Law Group, APC**
26135 Mureau Road, Suite 101
Calabasas, California 91302

I am readily familiar with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

Executed on May 14, 2013, at Woodland Hills, California.

_Catherine Brannan_
Catherine Brannan